ECONOMU-RITSOS COMPANY, Respondent, v. NICHOLAS MASTRONARDI, and Others, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

LEONARDO SOLOMONE, Respondent, v. HARRY SAGER, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ADAMS v. DICK and Another.— Motion to dismiss appeal denied, without costs.   Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ADAMS v. DICK and Another.— Motion to dismiss appeal denied, without costs.   Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

LARSEN AND SON, INC., v. NEWMARK, Impleaded, etc.— Motion to dismiss appeal granted.   Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

LARSEN AND SON, INC., v. NEWMARK, Impleaded, etc.— Motion to dismiss appeal granted.   Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

GITTLEMAN v. RIVIERA WAIST COMPANY, INC.— Motion to dismiss appeal granted, with ten dollars costs    Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of NEWDORF, as Executor, v. DOYLE.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ABELSON and Another  v. MILLBROOK WOOLEN MILLS, INC.— Application granted.   Order signed.   Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

FULLERTON, as Administrator, etc., v. NORTHERN BANK OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.   Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

REALTY ADVERTISING AND SUPPLY COMPANY, v. HICKSON.— Motion for leave to appeal to the Court of Appeals granted.   Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

D'ANGELO and Another v. 1482 BROADWAY CORPORATION and Another, Impleaded.— Motion for leave to appeal to the Court of Appeals granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

BARBRICK v. MANZO and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.   Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

UNION REAL ESTATE COMPANY and Others v. THE CITY OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.   Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

BROWNING v. FOX and Others.— Motion for reargument denied, with ten dollars costs, with leave to renew.   An application to modify the decision of the court so as to provide for a new trial was not embraced in the notice of motion.   Due notice of the application and of the grounds upon which it